**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **IN RE: VILLA BELLINI RISTORANTE & LOUNGE, INC.** | Case No. 8:19-bk-06943-CPM |
| Debtor, | |
| **VILLA BELLINI RISTORANTE & LOUNGE, INC.** | Adv. Pro. No. 19-ap-0442-CPM |
| vs. | |
| **CIRO MANCINI and CLARITA MANCINI.** | |
| Defendants. | |

**JOINT MOTION FOR ENTRY OF AN ORDER AUTHORIZING SUBSTITUTION OF COUNSEL FOR CERTAIN NON-DEBTOR PARTIES**

Pursuant to Local Rule 2091-2(d), Michael P. Brundage and the law firm BRUNDAGE LAW, P.A., on the one hand, and Steven N. Tsangaris and the law firm Tsangaris Law Group, PL, on the other, hereby jointly move for the entry of an order authorizing Mr. Tsangaris to be substituted in the place of Michael P. Brundage as counsel for third party defendants, VINCENT ADDONISIO, MARCO MARZOCCA CUNI, RUSSELL QUAGLIA and FRANCESCO ARCIERI, in this proceeding. Both counsel certify that the clients have consented to the substitution. The grounds in support of this Motion and the reasons it should be granted are as follows:

1. On August 28, 2019, the Debtor, Villa Bellini Ristorante & Lounge, LLC removed this case from the Sixth Judicial Circuit Court (the "State Court") to this Court.

2. The parties who are the subject of this Motion were third party defendants in the State Court case and were represented by Michael P. Brundage, along with the Debtor. Steven N. Tsangaris has agreed to represent these parties in the place of Mr. Brundage and the clients consent to and support the substitution of Mr. Tsangaris in place of Mr. Brundage.

3. Allowing the requested substitution will assist in the prompt administration of this adversary proceeding and will not cause prejudice to any party

**WHEREFORE,** the Moving Parties respectfully requests that the Court grant this Motion without a hearing and enter the proposed order attached hereto, together with such other relief as the Court may deem appropriate.

Dated: October 21, 2019                                              Respectfully submitted,

*s/s Steven N. Tsangaris*                                            *s/s Michael P. Brundage*
Steven N. Tsangaris, Esq.                                            Michael P. Brundage, Esq.
Florida Bar No. 848816                                               Florida Bar No. 611621
Tsangaris Law Group, PL                                              BRUNDAGE LAW, P.A.
623 East Tarpon Avenue                                               100 Main Street Suite 204
Tarpon Springs, FL. 34689                                            Safety harbor, FL 34695
(727) 945-7529 telephone                                             (727) 250-2488
(727) 945-7550 facsimile                                             mpbrundagelaw@gmail.com
**Proposed Attorney for Third Party**                                www.mpbrundagelaw.com
**Defendants**                                                       **Attorneys for Debtor**

## CERTIFICATE OF SERVICE

I hereby certify that this **JOINT MOTION FOR ENTRY OF AN ORDER AUTHORIZING SUBSTITUTION OF COUNSEL FOR CERTAIN NON-DEBTOR PARTIES** was filed via CM/ECF and was served electronically on counsel of record this 21st of October 2019.

/s *Michael Brundage*
Michael P. Brundage

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**IN RE: VILLA BELLINI RISTORANTE & LOUNGE, INC.**

Debtor,

Case No. 8:19-bk-06943-CPM

**VILLA BELLINI RISTORANTE & LOUNGE, INC.**

vs.

Adv. Pro. No. 19-ap-0442-CPM

**CIRO MANCINI and CLARITA MANCINI.**

Defendants.

---

### ORDER GRANTING JOINT MOTION FOR ENTRY OF AN ORDER AUTHORIZING SUBSTITUTION OF COUNSEL FOR CERTAIN NON-DEBTOR PARTIES

**THIS PROCEEDING** came before this Court to consider the Joint Motion For Entry Of An Order Authorizing Substitution of Counsel For Certain Non-Debtor Parties (the "Joint Motion"). Having considered the joint motion, the record in this case and being otherwise fully

1

advised in the premises, it is

**ORDERED** that the Joint Motion is hereby **GRANTED** and Steven N. Tsangaris of the law firm of Tsangaris Law Group, LP is hereby substituted in the place and stead of Michael P. Brundage of the law firm BRUNDAGE LAW, P.A., and Michael P. Brundage and BRUNDAGE LAW, P.A. shall hereby be relieved of any further responsibility in connection with this action on behalf of VINCENT ADDONISIO, MARCO MARZOCCA CUNI, RUSSELL QUAGLIA and/or FRANCESCO ARCIERI.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Attorney Steven N Tsangaris shall serve a copy of this Order on counsel of record within 3 business days of its entry.